No. 4961.—Valladares, apldo., v. Berríos, Etc., apltes.—C. D. Humacao. Mayo 7, 1929. Vista la moción de la parte apelada, se desestima la apelación establecida en este caso, por falta de la debida prosecución.

No. 4537.—Matos, Etc., aplda., v. Rodríguez, aplte.—C. D. San Juan. Mayo 7, 1929. Vista la demanda, la opinión de la corte inferior y el alegato del apelante ya radicado, la corte no encuentra base suficiente para declarar que la apelación es frívola, especialmente cuando una de las cuestiones suscitadas no es solamente un conflicto de prueba sino que envuelve una apreciación de la misma, y cuando se llama la atención de que la teoría de la demanda no era la teoría seguida por la corte inferior, estando envuelta aparentemente una cuestión legal.

No. 3854.—El Pueblo, apldo., v. González, aplte.—C. D. San Juan. Mayo 8, 1929.

Por cuanto, de la anterior moción y de la certificación acompañada aparece que por error de la secretaría de la corte inferior se elevó en 20 de abril próximo pasado un duplicado de la transcripción que se había elevado en enero 31 del corriente año en el caso de *El Pueblo de Puerto Rico* v. *Avelino González Mena,* por infracción al artículo 1 de la Ley No. 24 de 1928, habiéndose radicado la primera transcripción bajo el número 3776 y la segunda bajo el número 3854,

Por tanto, se declara con lugar la moción y en su consecuencia se ordena el sobreseimiento y archivo del recurso de apelación radicado en esta corte bajo el número 3854, *El Pueblo de Puerto Rico,* v. *Avelino González Mena,* por infracción al artículo 1 de la Ley No. 24 de 1928.